UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                No. 25-CR-248-3-LTS

MARK JACOBS,

        Defendant.

-------------------------------------------------------x

## ORDER

The Defendant requests that the unredacted version of the Defendant's sentencing submission brief (docket entry no. 36) be filed under seal. This request is granted because this filing contains sensitive medical information regarding the Defendant and family members, and other sensitive personal information.

Defense counsel is directed to take hard copies of the referenced unredacted document to the Records Room of the Clerk's Office for sealed filing, together with a copy of this order.

    SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
        September 19, 2025                  LAURA TAYLOR SWAIN
                                                    Chief United States District Judge