# JAMES KOUSOUROS
### ATTORNEY AT LAW
~

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

December 15, 2025

<u>By ECF</u>

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Mark Jacobs*, 25 Cr. 248 (LTS)

Dear Chief Judge Swain:

This letter is respectfully submitted to request that the Court issue an order (1) permitting the undersigned to return Mr. Jacobs' passport to him and (2) granting the Department of Probation discretion to permit Mr. Jacobs to travel internationally on advance notice to the Department of Probation as opposed to seeking a Court order.

Eastern District of Pennsylvania Probation Officer Timothy Krenitsky who supervises Mr. Jacobs has no objection to these requests. AUSA Alexandra Rothman defers to Probation.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Jacobs*

Cc:    USPO Timothy Krenitsky (By Email)

AUSA Alexandra Rothman (By ECF)

The foregoing request is granted.  Defense counsel is permitted to return Mr. Jacobs' passport to him, and future international travel will be at the discretion of the U.S. Probation Department. Docket entry no. 60 is resolved.

SO ORDERED.
December 22, 2025
/s/ Laura Taylor Swain, Chief USDJ